Clerk's Office
United States District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

July 7, 2006

**RECEIVED**

JUL 1 3 2006

JUDGE RICHARD LEON

Dear Honorable Sir/Madam:

I am writing you regarding Case Name: Applewhaite v. Potter and Case Number:
1:06-cv-1019, Docket Test: Minute Order: It is hereby Ordered that plaintiff file with the Court the "Right to Sue Letter: signed by Judge Richard J. Leon. According to the attached Decision Letter I received, Complainant's Right To File A Civil Action (S0900), It is not required of me to present a "Right to Sue Letter" to have the right to go into federal court to be heard in the United States District Court for the District of Columbia.

I've attached a copy of the decision letter for your review.

Please give me a call or write me should you require further documentation.

Respectfully submitted,

*[signature]*
Gwendolyn T. Applewhaite
12421 Foyette Lane
Upper Marlboro, MD 20772
301-574-9044 (home)
202-268-4252 (work)
Case Name: Applewhaite v. Poter
Case #:     1:06-cv-1019

Attachment

5                                             01A51969

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint.**

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*[signature]*

Carlton M. Hadden, Director
Office of Federal Operations

FEB 2 8 2006
Date

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:

FEB 2 8 2006
Date

*[signature]*
Equal Opportunity Assistant



DCD_ECFNotice@dcd.uscourts.gov
06/16/2006 07:12 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-01019-RJL APPLEWHAITE v. POTTER "Order"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrjl1, entered on 6/16/2006 at 7:12 PM and filed on 6/16/2006

**Case Name:**           APPLEWHAITE v. POTTER
**Case Number:**         1:06-cv-1019
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER: It is hereby Ordered that plaintiff file with the Court the "Right to Sue Letter" within 15 days of this Order. Signed by Judge Richard J. Leon on 6/16/06. (lcrjl1)

The following document(s) are associated with this transaction:

**1:06-cv-1019 Notice will be electronically mailed to:**

**1:06-cv-1019 Notice will be delivered by other means to:**

GWENDOLYN T. APPLEWHAITE
12421 Foyette Lane
Upper Marlboro, MD 20772