Honorable Richard J. Leon
United States District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

October 26, 2006

RECEIVED

OCT 3 1 2006

Dear Honorable Sir:

JUDGE RICHARD LEON

I am writing you regarding Case Name: Applewhaite v. Potter and Case Number:
1:06-cv-1019, Docket Text: Minute Order To Show Cause: Plaintiff has failed to comply with this Court's order of 6/16/06 to file with this Court the 'Right to Sue' Letter. It is hereby Ordered that plaintiff show cause as to why this case should not be dismissed under Local Rule 83.23 for lack of prosecution by 10/30/2006.

Your Honor, I in fact responded to the Court timely and respectfully. I attached a copy of the decision letter for your review. Enclosed, please find copies of my original letter dated July 7, 2006, proof of delivery records with Roy L. Smith's signature, the Judge's Order dated 6/16/2006, the decision letter Complainant's Right To File A Civil Action (S0900), not requiring me to present a "Right To Sue Letter" to have the right to go into Federal Court to be heard in the United States District Court for the District of Columbia.

Please give me a call or write me should you require further documentation.

Respectfully submitted,

Gwendolyn T. Applewhaite
12421 Foyette Lane
Upper Marlboro, MD 20772
301-574-9044 (home)
202-268-4252 (work)
Case Name: Applewhaite v. Potter
Case #:    1:06-cv-1019

Attachments