UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWENDOLYN APPLEWHAITE,

    Plaintiff,

v.

JOHN E. POTTER,
Postmaster General,
U.S. Postal Service,

    Defendant.

Civil Action No.:
1:06-cv-1019

ENTRY OF APPEARANCE FOR PLAINTIFF

Pursuant to Local Rule 83.2(g) of the local rules of this Court, Waite P. Stuhl enters his appearance in the plaintiff's behalf in this case.  His address is as follows:

    Waite P. Stuhl, Esq.
    6342 Waterman Avenue
    St. Louis, MO 63130

    Phone: 314-726-1182    314-863-1904(FAX)

The Certifications required by Local Rule 83.2 are attached hereto.

    Respectfully submitted:

GWENDOLYN APPLEWHAITE,

By her Attorney,

s/Waite P. Stuhl
Waite P. Stuhl
6342 Waterman Avenue
St. Louis, MO 63130
314-726-1182

CERTIFICATE OF WAITE P. STUHL

Pursuant to Local Rules 83.2(g) and (j), I, Waite P. Stuhl, make the following certification:

I am not a member of the bar of this Court or of the District of Columbia.  However, I am a member in good standing of the bars of Missouri and Massachusetts as well as the United States District Courts within those states.  I also am a member in good standing of the U.S. Court of Appeals for the District of Columbia Circuit and the U.S. Court of Appeals for the Seventh Circuit.

I certify that I will represent the plaintiff, Gwendolyn Applewhaite, without compensation.  Further, I am familiar with the local rules of this Court and expect to abide by them throughout my representation of the plaintiff in this case.

Signed this 14th day of December, 2006.


                                        s/Waite P. Stuhl