UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GWENDOLYN APPLEWHAITE,  )
                        )
        Plaintiff,      )
                        )
    v.                  )   Civil Case No. 1:06-cv-1019 (RJL)
                        )
JOHN POTTER, *et al.*,  )
                        )
        Defendants.     )

### ORDER
(January __ 2007)

Plaintiff filed this civil action on June 1, 2006. There is no proof on the record or the docket that plaintiff ever served the defendant with a summons or a copy of the complaint. On November 21, 2006, the Court ordered the plaintiff to show cause within 30 days of the Order why this action should not be dismissed for failure to serve defendants. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate

period." Fed. R. Civ. P. 4 (m). To date, the plaintiff has not provided proof of service.

Accordingly, it is hereby

**ORDERED** that this action is dismissed without prejudice.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　United States District Judge