UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GWENDOLYN T. APPLEWHAITE,

    Plaintiff,                      Civil Action No. 1:06-cv-1019

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL
SERVICE,

    Defendant.

---

### RETURN OF SERVICE ON JEFFREY TAYLOR

I, Waite P. Stuhl, certify that I served a copy of the summons and complaint concerning the above-captioned action upon Jeffrey Taylor, U.S. Attorney for the District of Columbia, by mailing the same to him, by certified mail, return receipt requested, on December 21, 2006. He received such process on January 3, 2007 as reflected by the signed receipt below.

_____ 1/29/07
Waite P. Stuhl
6342 Waterman Avenue
St. L[...]