UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWENDOLYN T. APPLEWHAITE,

    Plaintiff,                        Civil Action No. 1:06-cv-1019

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL
SERVICE,

    Defendant.

### RETURN OF SERVICE ON ALBERTO GONZALES

    I, Waite P. Stuhl, certify that I served a copy of the summons and complaint concerning the above-captioned action upon Alberto Gonzales, U.S. Attorney General, by mailing the same to him, by certified mail, return receipt requested, on December 21, 2006. He received such process on January 3, 2007 as reflected by the signed receipt below.

                                                      Waite P. Stuhl
                                                      6342 Waterman Avenue
                                                      St. Louis, MO 63130

[USPS PS Form 3811 Domestic Return Receipt and PS Form 3800 Certified Mail Receipt attached, addressed to Alberto Gonzales, U.S. Attorney General, Room B-112, 10th & Const. Ave, Washington DC 20530. Article Number: 7006 2760 0001 7853 1575. Postmarked Clayton MO, Dec 21 2006. Received by signature, Date of Delivery: Jan 03 2007.]