UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWENDOLYN T. APPLEWHAITE,

    Plaintiff,                       Civil Action No. 1:06-cv-1019

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL
SERVICE,

    Defendant.

### RETURN OF SERVICE ON JOHN E. POTTER

I, Waite P. Stuhl, certify that I served a copy of the summons and complaint concerning the above-captioned action upon John E. Potter by mailing the same to him, by certified mail, return receipt requested, on December 21, 2006. He received such process on December 28, 2006 as reflected by the signed receipt below.

_____ 1/29/07
Waite P. Stuhl
6342 Waterman Avenue
St. Louis

7006 2760 0001 7853 1599