UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWENDOLYN APPLEWHAITE,

    Plaintiff,

v.

JOHN E. POTTER,
Postmaster General,
U.S. Postal Service,

    Defendant.

Civil Action No.:
1:06-cv-1019

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure, Rule 3, the plaintiff, Gwendolyn Applewhaite, submits this notice of appeal of the dismissal of her claims, without prejudice, by this Court. The initial order of dismissal was entered on January 16, 2007. On January 30, 2007, the plaintiff requested reconsideration of the dismissal order and that it be set aside in order to permit the case to proceed. On February 1, 2007, this Court entered its minute order denying that motion.

Accordingly, the plaintiff appeals this Court's dismissal of her case.

Respectfully submitted:

GWENDOLYN APPLEWHAITE,

By her Attorney,


s/Waite P. Stuhl
Waite P. Stuhl
6342 Waterman Avenue
St. Louis, MO 63130
314-726-1182

CERTIFICATE OF SERVICE

    I, Waite P. Stuhl, certify that on this 2d day of April, 2007, I caused to be served a copy of the foregoing document on the Postmaster General by mailing a copy of the same to the Office of the United States Attorney for the District of Columbia.

                                                                       _____
                                                                       Waite P. Stuhl