# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5104**  September Term, 2007

06cv01019

Filed On: October 1, 2007 [1070432]

Gwendolyn T. Applewhaite,
    Appellant

v.

John E. Potter, Postmaster General and United States Postal Service,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the order to show cause filed June 21, 2007, and the answer thereto; and the motion for summary affirmance and the opposition thereto; it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court did not abuse its discretion by dismissing appellant's action without prejudice for failure to comply with the service requirements of Fed. R. Civ. P. 4(m) and by denying reconsideration of that decision. See Pellegrin & Levine, Chartered v. Antoine, 961 F.2d 277, 283 (D.C. Cir. 1992); Troxell v. Fedders of North America, Inc., 160 F.3d 381, 383 (7th Cir. 1998).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk